**The Black and White Law Firm, P.C.**
1290 S Willis Street, Suite 125
Abilene, TX 79605

Bar Number:  **02371500**
Phone:  **(325) 692-8100**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**
Revised 10/1/2016

| | | | |
|---|---|---|---|
| IN RE: | **Rogelio Martinez Gonzalez** | xxx-xx-4840 | § CASE NO: |
| | 2517 North St. | | § |
| | San Angelo, TX 76901 | | § |
| | | | § |
| | | | § |
| | **Leslie Adele Gonzalez** | xxx-xx-6931 | |
| | 2517 North St. | | |
| | San Angelo, TX 76901 | | |

Debtor(s)

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: 8/23/2019

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| Periodic Payment Amount | | **$305.00** |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $30.00 | $30.50 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $80.85 | $0.00 |
| **Subtotal Expenses/Fees** | **$115.85** | **$30.50** |
| Available for payment of statutory fees and charges. Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | $189.15 | $274.50 |

**SECURED CREDITORS (INCLUDING PRE-PETITION MORTGAGE ARREARS):**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| Abilene Used Car Sales | 2008 Saturn Outlook (approx. 17,0 | $7,600.00 | $7,600.00 | 1.25% | $95.00 |
| | | | Total Adequate Protection Payments: | | **$95.00** |

**DOMESTIC SUPPORT OBLIGATION CREDITORS:**

| Name | Scheduled Amount | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|
| | | Total Adequate Protection Payments: | **$0.00** |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

Case No:
Debtor(s):  Rogelio Martinez Gonzalez
            Leslie Adele Gonzalez

**CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):**

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| | | | Total Adequate Protection Payments: | | **$0.00** |

**SUMMARY OF PRE-CONFIRMATION PAYMENTS**

| **First Month Disbursement (after payment of Clerk's Filing Fee and Chapter 13 Trustee Percentage Fee):** | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Secured Creditors @ min. of 1.25% | **$95.00** |
| Adequate Protection to Domestic Support Obligations @ min. of 1.25% | **$0.00** |
| Debtor's Attorney, pro rata: | **$94.15** |
| **Disbursements starting month 2 (after payment of Clerk's Filing Fee and Chapter 13 Trustee Percentage Fee):** | |
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Secured Creditors @ min. of 1.25% | **$95.00** |
| Adequate Protection to Domestic Support Obligations @ min. of 1.25% | **$0.00** |
| Debtor's Attorney, pro rata: | **$179.50** |

DATED:  **8/23/2019**

**/s/ PHIL BLACK**
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE: **Rogelio Martinez Gonzalez**      CASE NO.
*Debtor*

**Leslie Adele Gonzalez**      CHAPTER    13
*Joint Debtor*

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 23, 2019, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ PHIL BLACK
PHIL BLACK
Bar ID:02371500
The Black and White Law Firm, P.C.
1290 S Willis Street, Suite 125
Abilene, TX 79605
(325) 692-8100

| | | |
|---|---|---|
| Abilene Regional Medical Center<br>xxxxxxx/xxxxxxx/xx9071<br>PO Box 1280<br>Oaks, PA 19456-1280 | AES/Suntrust Bank<br>xxxxxxxxxxxxx0004<br>PO Box 61047<br>Harrisburg, PA 17106 | Big Country Internal Medicine<br>xxxxxx5018<br>PO Box 14099<br>Belfast, ME 04915 |
| Abilene Teachers FCU<br>xxxx3121<br>PO Box 5706<br>Abilene, TX 79608 | Alltran Financial LP<br>xxx6981<br>PO Box 610<br>Sauk Rapids, MN 56379 | Capio Partners LLC<br>xxxx8835<br>2222 Texoma Pkwy<br>Sherman, TX 75091 |
| Abilene Used Car Sales<br>2150 N 1st Street<br>Abilene, TX 79603 | Austin Finance Company<br>xx0718<br>3428 N 1st St<br>Abilene, TX 79603 | Commonwealth Financial<br>xxxxxxx97N1<br>245 Main St<br>Dickson City, PA 18519 |
| Ad Astra Recovery Service<br>xxx8300<br>7330 W 33rd St N Ste 118<br>Wichita, KS 67205 | Austin Finance Company<br>xx0717<br>3428 N 1st St<br>Abilene, TX 79603 | Commonwealth Financial<br>xxxxxxx88N1<br>245 Main St<br>Dickson City, PA 18519 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Rogelio Martinez Gonzalez**                                                                CASE NO.
                              *Debtor*

**Leslie Adele Gonzalez**                                                                CHAPTER    **13**
                              *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Convergent Outsourcing Inc<br>xxxxxxxxx1222<br>PO Box 9004<br>Renton, WA 98057 | Credit Systems International Inc<br>xxxxx9999<br>1277 Country Club Lane<br>Ft. Worth, TX 76112 | Disney Movie Club<br>xxx3023<br>PO Box 758<br>Neenah, WI 54957-0758 |
| Crane Memorial County Hospital<br>xxxx9753<br>1310 S Alford St<br>Crane, TX 79731-3899 | CWS/CW Nexus<br>xxxx-xxxx-xxxx-0534<br>101 Crossways Park Dr W<br>Woodbury, NY 11797 | Dr Jackson<br>xxxxxxx5018<br>PO Box 14000<br>Belfast, ME 04915 |
| Credit Systems International Inc<br>xxxxx1683<br>1277 Country Club Lane<br>Ft. Worth, TX 76112 | DCF<br>xxxxxxx2230<br>PO Box 14000<br>Belfast, ME 04915 | EmergencHealth, LLC<br>xxx2152<br>PO Box 207529<br>Dallas, TX 76320-7529 |
| Credit Systems International Inc<br>xxxxx7257<br>1277 Country Club Lane<br>Ft. Worth, TX 76112 | Dept Of Education/Navient<br>xxxxxxxxxxxxxxxxx1215<br>PO Box 9635<br>Wilkes Barre, PA 18773 | Exeter Finance LLC<br>xxxxxxxxxxxxx1001<br>PO Box 166097<br>Irving, TX 75016 |
| Credit Systems International Inc<br>xxxxx8758<br>1277 Country Club Lane<br>Ft. Worth, TX 76112 | Dept Of Education/Navient<br>xxxxxxxxxxxxxxxxx0319<br>PO Box 9635<br>Wilkes Barre, PA 18773 | First Premier Bank<br>xxxx-xxxx-xxxx-4109<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 |
| Credit Systems International Inc<br>xxxxx4578<br>1277 Country Club Lane<br>Ft. Worth, TX 76112 | Dept Of Education/Navient<br>xxxxxxxxxxxxxxxxx0316<br>PO Box 9635<br>Wilkes Barre, PA 18773 | Harris & Harris LTD<br>xxxx9402<br>111 West Jackson Blvd, Suite 400<br>Chicago, IL 60604-4135 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Rogelio Martinez Gonzalez**  CASE NO.
*Debtor*

**Leslie Adele Gonzalez**  CHAPTER  **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Hendrick Medical Center<br>xxxeral<br>PO Box 3117<br>Abilene, TX 79604-3117 | Kid Smiles<br>xx0274<br>2141 Hamilton Way<br>San Angelo, TX 76904 | Medical Data Systems Inc<br>xxx4774<br>755 W Nasa Blvd<br>Melbourne, FL 32901 |
| Hillcrest Davidson & A<br>xx0817<br>715 N Glenville Dr Ste 4<br>Richardson, TX 75081 | Lajedan Properties<br>222 Westwood Dr<br>Abilene, TX 79603 | Merchants & Professional<br>xxx4230<br>11921 North Mopac Expwy #210<br>Austin, TX 78714 |
| IC System, Inc<br>xxxxxxx2001<br>Po Box 64378<br>Saint Paul, MN 55164 | LVNV Funding LLC<br>xxxx-xxxx-xxxx-0685<br>PO Box 1269<br>Greenville, SC 29602 | Montgomery Ward<br>xxxxxxxxx529O<br>1112 7th Ave<br>Monroe, WI 53566 |
| Internal Revenue Service<br>4840<br>1100 Commerce St.<br>MC 5027 DAL<br>Dallas, Texas 75242 | LVNV Funding LLC<br>xxxx-xxxx-xxxx-8619<br>PO Box 1269<br>Greenville, SC 29602 | MRS BPO LLC<br>9528<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 |
| Internal Revenue Service<br>Special Procedures Function<br>1100 Commerce St.<br>MC 5027 DAL<br>Dallas, Texas 75242 | LVNV Funding LLC<br>xxxxxxxxxxxx8520<br>PO Box 1269<br>Greenville, SC 29602 | MSB<br>xxxx3521<br>PO Box 16777<br>Austin, TX 78761 |
| Jefferson Capital System<br>xxxxxxxxx1003<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | National Credit Adjusters<br>xxxxxxxx-xxxx1534<br>327 W 4th Ave<br>Hutchinson, KS 67501 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE: **Rogelio Martinez Gonzalez**　　　　　　　　　　　　　CASE NO.
　　　　　　　　　　　*Debtor*

　　　　　**Leslie Adele Gonzalez**　　　　　　　　　　　　　　CHAPTER　**13**
　　　　　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

| | | |
|---|---|---|
| North Shore Agency<br>xxx3023<br>270 Spagnoi Road, Suite 110<br>Melville, NY 11747 | Screening for Life<br>xxxx2116<br>PO Box 2754<br>Abilene, TX 79604 | Sunrise Credit Service<br>260 Airport Plaza Blvd<br>Farmingdale, NY 11735 |
| PHEAA<br>xxxxxxxxxx0001<br>PO Box 61047<br>Harrisburg, PA 17106 | Security Credit Service<br>xxx0871<br>306 Enterprise Drive<br>Oxford, MS 38655 | SWDC of Abilene<br>xxx3500<br>4601 Buffalo Gap Rd<br>Suite C-4<br>Abilene, TX 79606 |
| Portfolio Recovery Associates<br>xxxxx338 A<br>PO Box 12914<br>Norfolk, VA 23541 | Security Credit Service<br>xxx9987<br>306 Enterprise Drive<br>Oxford, MS 38655 | Texas Car Title & Payday Loan<br>3989 S 1st Street<br>Abilene, TX 79605 |
| Progressive Leasing<br>xxx4124<br>256 Data Dr<br>Draper, UT 84020 | Security Credit Service<br>xxxxxxx/xxxxxxx/xxxx9719<br>306 Enterprise Drive<br>Oxford, MS 38655 | Toledo Finance<br>xxxxxxxx9654<br>3105 South 14th<br>Abilene, TX 79605 |
| Robert Wilson<br>1407 Buddy Holly<br>Lubbock, Texas 79401 | Security Finance<br>xxxxxx0527<br>150 S Willis St<br>Abilene, TX 79605 | Total Card Inc<br>xxxx1672<br>2700 S Loraine Place<br>Sioux Falls, SD 57106 |
| Rogelio Martinez Gonzalez<br>PO Box 7064<br>Abilene, TX 79608 | Sunrise Credit Service<br>xxxxx9508<br>260 Airport Plaza Blvd<br>Farmingdale, NY 11735 | Transworld System<br>PO Box 17221<br>Wilmington, DE 19850 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Rogelio Martinez Gonzalez**  CASE NO.
*Debtor*

**Leslie Adele Gonzalez**  CHAPTER  **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #4)

Tri Eagle Energy
xxxxxx0036
535 Connecticut Ave
Norwalk, CT 06854

West Central Texas Collections Bureau
xxx9644
1133 N. 2nd St.
Abilene, TX  79604

US Dept Of Education/GLELSI
xxxxxxxxxxxx8581
2401 International Lane
Madison, WI 53704

West Central Texas Collections Bureau
xxx2661
1133 N. 2nd St.
Abilene, TX  79604

USMED, LLC
xxxxxx6187
8260 NW St #401
Doral, FL 33122

West Central Texas Collections Bureau
xxx8491
1133 N. 2nd St.
Abilene, TX  79604

West Central Texas Collections Bureau
xxx4626
1133 N. 2nd St.
Abilene, TX  79604

West Central Texas Collections Bureau
xxx2931
1133 N. 2nd St.
Abilene, TX  79604

West Central Texas Collections Bureau
xxx4627
1133 N. 2nd St.
Abilene, TX  79604

West Central Texas Collections Bureau
xxx1611
1133 N. 2nd St.
Abilene, TX  79604